JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| LUCIO ARREOLA RAMOS,<br>Petitioner,<br>v.<br>THOMAS GILES, et al.,<br>Respondents. | Case No. EDCV 26-4467-AS<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order,

The Petition is GRANTED IN PART.

DATED: August 20, 2026

/s/

ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE